VAN RENSSELAER HALSEY et al., Individually and as Copartners under the Firm Name of C. D. HALSEY & Co., Respondents, *v.* CLINTON D. WINANT, Defendant, and W. A. HARRIMAN & Co., INC., Appellant.

(Submitted January 4, 1932; decided January 5, 1932.)

*J. Frederick Eagle* and *Carroll G. Walter* for motion. *Martin Conboy* and *Bernard Sobol* opposed.

Motion denied and argument of appeal postponed until the February, 1932, session. (See 258 N. Y. 512.)